IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lena Hardaway ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-00405-RJL |
| ) | |
| Shlomo Dostekam ) | |
|       Defendant ) | |

## MOTION FOR DEFAULT JUDGMENT

Comes now Lena Hardaway and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, Lena Hardaway _____ relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

*[signature]*

Plaintiff

RECEIVED

JUL 18 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Lena Hardaway )
     Plaintiff )
  )
v. )   Civil Action No. 1:14-cv-00405-RJL
  )
  )
SHLOMO DOSTEKAM )
     Defendant )

# AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Lena Hardaway, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. Complaint was served upon the defendant on SHLOMO DOSTEKAM, no response has been served within the time allowed by law nor has defendant sought additional time within which to respond, and Default has entered against the defendant, SHLOMO DOSTEKAM.

3. The claim of the plaintiff is for the sum of $ 108,000 plus interest from the date of judgment as provided by law, together with the costs of this action.

                                                        _____
                                                        Plaintiff

Sworn to and subscribed before
me this ____ day of _____.

_____
               Notary Public

My Commission Expires: _____

**RECEIVED**
JUL 1 8 2014
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

LENA HARDAWAY )
Plaintiff )
)
v. ) Civil Action No. 1:14-cv-00405-RJL
)
)
SHLOMO DOSTEKAM )
Defendant )

## DEFAULT JUDGMENT

The defendant, SHLOMO DOSTEKAM, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $ 108,000 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Lena Hardaway recover of the defendant, SHLOMO DOSTEKAM, the sum of $ 108,000, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

By _____
Deputy Clerk